JOHN COBEAN, plaintiff in error *against* THOMAS THOMPSON.

"Yeoman" is a sufficient designation of the occupation of the owner of a slave, under the act of 1780.

ERROR to Adams county.

The only question in this case is, whether "Yeoman" is such a designation of the occupation of a master, as is required by the act of Assembly for the gradual abolition of slavery, to be returned to the clerk of the quarter sessions.

*Stevens,* for plaintiff in error—Contends that in this country the name *yeoman* and *farmer* are synonymous terms, and if farmer is a sufficient designation under the act, yeoman is.—*Walker's Dictionary,* word "Yeoman."

*Miller,* for defendant in error.—The fifth section of the act of 1780, *Purd. Dig.* requires the *occupation* of the owner to be set out on the record, and yeoman, in this country, is not such a designation as will distinguish a farmer from any other employment or occupation. *Commonwealth* v. *Barker,* 11 *Serg. & Rawle,* 360. In this case it was proved that the master was a farmer, and it would have been easy to have designated him as such. *Wilson* v. *Belinda,* 3 *Serg. & Rawle,* 401.

BY THE COURT.—The designation *is* sufficiently certain.

Judgment reversed.